UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CLYDE DANIEL MILLER, JR.** | **CIVIL ACTION 16-00313** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **CALDWELL CORRECTIONAL CENTER, ET AL** | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including Plaintiff's monetary demand [Doc. No. 11], and determining that the Magistrate Judge's findings are correct under the applicable law,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's action is **DISMISSED WITH PREJUDICE,** as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i), (ii) and (iii).

**MONROE, LOUISIANA**, this 8th day of June, 2016.

									_____
									ROBERT G. JAMES
									UNITED STATES DISTRICT JUDGE